UNITED STATES of America,
Plaintiff—Appellee,

v.

Jesus ROJO–LOIZA, aka Jesus Loreto-Rojo, Chuey Rojas, Defendant—
Appellant.

No. 03–10428.

D.C. No. CR–02–00325–FJM.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Dec. 6, 2004.*

Decided Dec. 10, 2004.

Andrew Pacheco, United States Attorney, Michael T. Morrissey, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Jesus Rojo–Loiza, Florence, AZ, pro se.

Alex Gonzalez, Gonzalez & Smith, Mesa, AZ, for Defendant–Appellant.

Before GOODWIN, WALLACE and TROTT, Circuit Judges.

MEMORANDUM **

Jesus Rojo–Loiza appeals his guilty-plea conviction and 87–month sentence for conspiracy to possess with intent to distribute cocaine base and cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(iii), 841(b)(1)(B)(ii).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Rojo–Loiza has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Rojo–Loiza has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.